PER CURIAM.

(No. 75-CC-651—

ALBERT L. PITTS, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS COMMERCE COMMISSION, Respondent.

*Opinion filed January 14, 1975.*

ALBERT L. PITTS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.